**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Arnold & Itkin, L.L.P., Beck Redden, L.L.P., Albritton Law
                        Firm, Kurt Arnold, Cory Itkin, Jason Itkin, Russell Post, Fields
                        Alexander, Jas Brar and Eric Albritton

Appellate case number:   01-15-00990-CV

Trial court case number:  2015-28543

Trial court:             11th District Court of Harris County

On November 24, 2015, relators in the above-captioned original proceeding filed a petition for writ of mandamus challenging the trial court's September 17, 2015 and November 9, 2015 orders denying relators' pleas to the jurisdiction and pleas in abatement.

The Court requests that the real parties in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party shall be due on or before **January 4, 2016.**

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                    ☑ Acting individually    ☐ Acting for the Court


Date: November 25, 2015